FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IBTIHAL ALSAEDI, a single person,<br><br>Plaintiff,<br><br>v.<br><br>ROCKWOOD SERVICE COMPANY, dba ROCKWOOD RETIREMENT COMMUNITIES, a Washington corporation; LORI KLINGMAN, in her individual and professional capacity; and JOHN and JANE DOE's 1-10, a single person,<br><br>Defendants. | NO. 2:24-CV-0005-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT are the parties' Stipulated Motion to Dismiss Defendant Lori Klingman with Prejudice (ECF No. 39), Stipulated Motion to Dismiss (ECF No. 40), and Defendants' Motion for Judgment on the Pleadings (ECF No. 37). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. Federal Rule of Civil Procedure 41(a)(1)(A)(ii), allows the parties to

ORDER OF DISMISSAL ~ 1

file "a stipulation signed by all parties who have appeared" to dismiss a claim. FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the parties have stipulated to the dismissal of this action with prejudice and without an award of fees or costs. (ECF No. 40).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulations (ECF No. 39, 40), this action is **DISMISSED with prejudice** and without additional fees or costs.

2. Defendants' Motion for Judgment on the Pleadings (ECF No. 37) is **DENIED as moot.**

3. All deadlines and hearings are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 18, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2